UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABDULLAH HAMID THOMAS ANGEL SALAS, | Case No. 22-cv-03152-JD |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | Re: Dkt. No. 27 |
| DEPUTY SMITH, et al., | |
| Defendants. | |

Plaintiff, a former detainee, filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is dismissed without prejudice. *See* Local R. 3-11(b). All pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: July 24, 2023

JAMES DONATO
United States District Judge